# United States Bankruptcy Court
## Middle District of Alabama

In re    Marino D. Henderson              Case No.   20-30296
                 Debtor(s)              Chapter    13

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- **Amended Schedule G to Add a Lease, Which Was Inadvertently Left Off of the Original Schedule**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**Bankruptcy Administrator**
**ba@almb.uscourts.gov**

**Sabrina L. McKinney**
**trustees_office@ch13mdal.com**

**Diane Bates**
**4611 Oak Tree Road**
**Millbrook AL 36054**

Date:   10/18/2021                  **/s/ Gregory E. Tolar**
                                                   **Gregory E. Tolar**
                                                   Attorney for Debtor(s)
                                                   **Gregory E. Tolar, Attorney at Law**
                                                   **1034 East Main Street**
                                                   **Prattville, AL 36066**
                                                   **334-358-1851 Fax:334-460-0200**
                                                   **gtolar@bellsouth.net**

| Fill in this information to identify your case: | | | | |
|---|---|---|---|---|

Debtor 1     **Marino**     **D.**     **Henderson**
            First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)    First Name     Middle Name     Last Name

United States Bankruptcy Court for the:    **Middle District of Alabama**

Case number    **20-30296**
(if known)

☑ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
|---|---|---|
| 2.1 | Diane Bates    Name<br>4611 Oak Tree Road    Number Street<br>Millbrook, AL 36054    City State ZIP Code | 178 Cotton Blossom Road, Millbrook, AL 36054<br>Contract to be REJECTED |
| 2.2 | Name<br>Number Street<br>City State ZIP Code | |
| 2.3 | Name<br>Number Street<br>City State ZIP Code | |
| 2.4 | Name<br>Number Street<br>City State ZIP Code | |